## ORDER

PER CURIAM.

**AND NOW,** this 15th day of June, 2016, the Petition for Allowance of Appeal and Motion to Expedite Allowance of Appeal are **DENIED.**

**Tracey Ann STERLING, Respondent**

v.

**Kai Ward LYMAN, Petitioner.**

Tracey Ann Sterling, Respondent

v.

Kai Ward Lyman, Petitioner.

Supreme Court of Pennsylvania.

June 15, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of June, 2016, the Petition for Allowance of Appeal and "Petition Vacate, Remand, and/or Stay Family Court Orders Based on Its Recent Orders" are DENIED.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael Leon HALEY Sr., Petitioner.**

Supreme Court of Pennsylvania.

June 15, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of June, 2016, the Petition for Allowance of Appeal and Application for Leave to File Post–Submission Communication are **DENIED.**

**M.A., Respondent**

v.

**M.G., Petitioner.**

Supreme Court of Pennsylvania.

June 17, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue presented by petitioner and rephrased for clarity is whether it is within the province of a trial court to diagnose a litigant with mental illness when the record is devoid of any diagnosis by a mental health professional or testimo-

ny by a mental health professional to support the diagnosis?

CITY OF PITTSBURGH, Respondent

v.

**FRATERNAL ORDER OF POLICE, FORT PITT LODGE NO. 1, Petitioner.**

Supreme Court of Pennsylvania.

June 20, 2016.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

(1) Whether a home rule municipality may amend its home rule charter to eliminate mandatory subjects of bargaining as defined by Act 111 of 1968, the Pennsylvania Labor Relations Act and applicable case law?

(2) Whether a municipality's home rule charter provision eliminating a mandatory subject of bargaining for its police officers is pre-empted by Act 111 of 1968?

**Darryl BOGGS, Petitioner**

v.

Trevor WINGARD, Respondent.

No. 62 EM 2016.

Supreme Court of Pennsylvania.

June 20, 2016.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**William A. JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Submitted July 1, 2015.
Decided June 20, 2016.

